THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOYCE MALONE, Appellant. [930 NYS2d 505]—

Memorandum: The matter is remitted to Oswego County Court to vacate the judgment of conviction and dismiss

the indictment either sua sponte or on application by the District Attorney or the attorney who appeared for appellant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.